ORIGINAL

FILED

'07 NOV -9 AM 11: 23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL WILLIAM RALPH (1),<br><br>Defendant/Petitioner. | Case No. 96cr0497-BTM<br><br>ORDER MODIFYING DEFENDANT'S FINE |

   WHEREAS, on May 7, 1997, defendant/petitioner Paul William Ralph (hereinafter "Ralph") was sentenced to 120 months of custody, after a conviction for conspiracy to import marijuana and money laundering. The conditions of his supervision included the standard conditions, and the special conditions that he submit to a search; not enter Mexico without written permission; report all vehicles, including watercraft; participate in drug and alcohol treatment, including urinalysis; provide complete disclosure of all financial and business records when requested and participate in mental health counseling as directed by the probation officer. In addition, the Court imposed a $100 special assessment along with a $250,000 fine which was to be paid in equal installments during the period of supervised release.

   WHEREAS, on June 7, 2005, Ralph was released from custody and began his five year term of supervised release. On September 6, 2005, Ralph made his first payment of $100 towards the $250,000 fine. Since that time, Ralph has paid on a monthly basis in amounts varying between $100 and $650 for a total amount paid of approximately $7,327.00.

1    WHEREAS, Ralph's fine balance accumulates interest at a rate of 6.060% and because Ralph did not make equal installment payments as scheduled in the Judgement and Commitment in order to payoff the fine within the term of his supervised release, a $50,000 penalty was assessed on the fine balance as allowed by law, by the Financial Litigations Unit (FLU) of the US Attorney's Office. Based on the accruing interest and assessed penalties, the balance now owed by Ralph on the $250,000 fine is $495,175.11

    WHEREAS, the fine is very difficult to pay especially given Ralph's representations that he is establishing a business, he sought the relief of this Court. This Court scheduled a hearing to address Ralph's concerns including a reduction in the amount of the fine, removing accrued penalties, setting a lower monthly payment within his means, and cut back credit queries from FLU and US Probation from four times a year to once a year.

    WHEREAS, on October 19, 2007, at the Court ordered hearing, the Government pursuant to 18 U.S.C. Sec. 3573 made a motion to allow the Court to modify Ralph's fine and his payment schedule.

    WHEREAS, the Court after consideration and discussion with all the parties including US Probation and a representative of FLU from the US Attorney's Office makes the following modifications to the fine imposed on defendant Paul William Ralph in the above captioned case.

    Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That commencing no later than December 3, 2007, Paul William Ralph will make timely monthly payments in the amount of $350.00 towards his current outstanding fine in above captioned case, which on October 19, 2007 was approximately $495,175.11.

2. That all "additional" interest and penalties related to Paul William Ralph's fine shall be suspended and halted during the ensuing 18 month time period beginning on December 3, 2007, if Ralph makes monthly and timely payments in the amount of $350 towards his outstanding fine.

3. That Paul William Ralph is hereby required to submit all necessary financial documents and business records, including tax returns at the request of US Probation and or FLU, if such documents will assist the Probation Department or FLU in monitoring Ralph's financial

1    activities. Further, the Court directs US Probation and FLU to limit their credit inquiries related
2    to Ralph financial activities in the next 18 months to two (2) inquiries total, beginning on
3    December 3, 2007. This action taken as an accommodation by the Court in order to not adversely
4    effect Ralph's credit rating or negatively effect Ralph's efforts at building a business.

6         4.    That Paul William Ralph after 18 months from the date of this order may make a
7    settlement proposal as it relates to his outstanding fine to either this Court or FLU, with the
8    understanding that such payment "may" be considered as payment in full of his outstanding fine.
9    However, nothing in this order should be taken to indicate that such a settlement proposal will be
10   accepted, but only that such a settlement proposal will be considered in conjunction with Ralph's
11   monthly payments towards his outstanding fine.

12        5.    That failure by Paul William Ralph to make timely monthly payments in the amount
13   of $350 shall be considered a breach of this order and all appropriate fines and penalties held in
14   abeyance will automatically accrue and be made to apply to Ralph's current fine of approximately
15   $495,175.11.

LET THIS ORDER BE ENTERED ACCORDINGLY.

DATED: 11/9/07

BARRY TED MOSKOWITZ,
United States District Court Judge

Submitted by:

KAREN P. HEWITT
United States Attorney

TIMOTHY D. COUGHLIN
Assistant U.S. Attorney